PATRICIA L. McCABE
Law Offices of Patricia L. McCabe
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907- 9726
Facsimile: (818) 907-6384
E-mail: PLMcCabe@aol.com

Attorney for Plaintiff,
GLORIA ELSA CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GLORIA ELSA CAMPOS,<br><br>    Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,[1]<br>Acting Commissioner, Social Security<br><br>    Defendant. | Case No.: CV 12-00226 MRW<br><br>[~~proposed~~] ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge:  Honorable Michael R. Wilner |

    Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in the amount of Three Thousand Nine Hundred and 00/100 Dollars ($3,900.00), pursuant to 28 U.S.C. § 2412(d), and costs in the amount of Sixty-Six and 32/100 Dollars ($66.32), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1   IT IS FURTHER ORDERED that the application for fees (Docket # 29) is

2  dismissed as moot.

4  Dated: September 18, 2013  _____
   HON. MICHAEL R. WILNER
   UNITED STATES MAGISTRATE JUDGE